Sebastian M. Medvei (SBN 285604)
MEDVEI LAW GROUP, APC
3857 Birch Street, #56
Newport Beach, CA 92660
Telephone: (213) 984-4013
Email: smedvei@medveilaw.com

Attorney for Plaintiff AVOCADO
MATTRESS, LLC

UNITED STATES DISTRICT COURT

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| AVOCADO MATTRESS, LLC,<br><br>               Plaintiff,<br><br>     vs.<br><br>SWEET ZZZ LLC,<br>               Defendant. | CASE NO. 2:25-cv-10313-MCS-PD<br>Hon. Mark C. Scarsi<br><br>**DECLARATION OF SEBASTIAN MEDVEI IN RESPONSE TO OSC RE: DISMISSAL FOR LACK OF PROSECUTION** |

I, Sebastian M. Medvei, hereby declare:

1.    I am an attorney duly licensed to practice law in the State of California.

2.    I am the attorney of record for Plaintiff AVOCADO MATTRESS, LLC ("Plaintiff").

3.    I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, could and would do so competently.

4.    On October 31, 2025, I sent out the complaint and summons and other related services documents for personal service on the agent for service of process of Defendant SWEET ZZZ LLC ("Defendant"), Hadi Shobeyri ("Mr. Shobeyri"), at the address provided by said agent to the Michigan Secretary of State, which is 43036 Michigan Ave, #131, Canton, MI 48188. The process server returned the

1

service indicating that the building had been demolished. A true and correct copy of the process server's return is attached hereto as **Exhibit 1**.

5.    Based on that return, I commenced an investigation into alternative addresses to serve the agent of Defendant.

6.    In the interim, I was contacted by an attorney for Defendant to meet and confer about the matter. During the course of that meet and confer, I advised of the issue with service and asked Defendant's counsel whether they would accept service. A month or so passed without any response and, ultimately, despite ongoing communication with Defendant's counsel, my request for acceptance of service was not addressed.

7.    After further investigation, I determined that the process server's return was incorrect and that the building located at 43036 Michigan Ave was not demolished. I immediately sent another process server to that address. The process server has advised that service was accomplished on February 11, 2026. However, the process server has not yet completed the proof of service for filing with the Court. I anticipate that a proof of service should be available by end of next week.

8.    Based on the foregoing, I respectfully request that the OSC be continued 30 days to allow for filing of the proof of service or that the OSC is discharged.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 13, 2026 at Newport Beach, California.

                                        /s/ Sebastian M. Medvei
                                        Sebastian M. Medvei

2

RESPONSE OF PLAINTIFF TO OSC RE: DISMISSAL FOR LACK OF PROSECUTION

EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Medvei Law Group, APC<br>Sebastian Medvei SBN 285604<br>3857 Birch Street #56<br>Newport Beach, CA 92660<br>      TELEPHONE NO:  (213) 984-4013      FAX NO *(Optional):*<br>  E-MAIL ADDRESS *(Optional):*  smedvei@medveilaw.com<br>  ATTORNEY FOR *(Name):*  Plaintiff | |

| ***Insert name of court, judicial district or branch court, if any:*** |
|---|
| United States District Court |
| Central District of California - District - Los Angeles - First Street |
| 350 W. First Street |
| Los Angeles, CA  90012 |

| PLAINTIFF / PETITIONER:  Avocado Mattress, LLC<br>DEFENDANT / RESPONDENT:  Sweet ZZZ LLC | CASE NUMBER:<br>2:25-cv-10313-MCS-PD |
|---|---|
| **NON SERVICE REPORT** | Ref. No. or File No.:<br>14495142 (26675315) |

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:
Summons, Complaint, Notice of Assignment to United States Judges , Notice to Counsel re Consent to Proceed Before a United States Magistrate Judge , Notice to Parties of Court-Directed ADR Program , Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Sweet ZZZ LLC c/o Hadi Shobeyri (Agent for Service)

1)   Unsuccessful Attempt: Nov 6, 2025, 2:45 pm EST at Business: 43036 Michigan Ave #131, Canton, MI 48188
       *Location has been demolished and new construction is in process.*

Process is being returned without service for the following reason(s):
Location has been demolished and new construction is in process.

Fee for service: $95

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Not a Registered California process server.
Jimmie Wheeler

_____
                       Jimmie Wheeler

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

Date: November 7, 2025

**NON SERVICE REPORT**