**JUDGE MARK C. SCARSI**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court ORDERS the parties to make every effort to agree on dates.***

| Case No. 2:25-cv-10313-MCS-PD | Case Name: Avocado Mattress, LLC v. Sweet ZZZ LLC | | |
|---|---|---|---|

| **Trial and Final Pretrial Conference Dates** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
|---|---|---|---|
| Check one: X Jury Trial or ☐ Court Trial **(*Tuesday* at 8:30 a.m., within 18 months after Complaint filed)** Estimated Duration: __7-10/4-5__ Days | 5/04/2027 | **5/04/2027** | X Jury Trial ☐ Court Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine **(*Monday* at 2:00 p.m., at least 15 days before trial)** | 04/19/2027 | **4/19/2027** | |

| **Event [1]** *Note:* Hearings shall be on Monday at 9:00 A.M. Other dates can be any day of the week. | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
|---|---|---|---|---|
| Last Date to ***Hear*** Motion to Amend Pleadings/Add Parties *[Monday]* | | 08/10/2026 | **08/10/2026** | |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 17 | 12/18/2026 | **12/18/2026** | |
| Expert Disclosure (Initial) | | 11/20/2026 | **11/20/2026** | |
| Expert Disclosure (Rebuttal) | | 12/18/2026 | **12/18/2026** | |
| Expert Discovery Cut-Off | 12[2] | 01/19/2027 | **01/29/2027** | |
| Last Date to ***Hear*** Motions *[Monday]* • Rule 56 Motion due at least 5 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | 12 | 02/22/2027 | **02/22/2027** | |
| Deadline to Complete Settlement Conference [L.R. 16-15] ***Select one:*** ☒ 1. Magistrate Judge *(with Court approval)* ☐ 2. Court's Mediation Panel ☐ 3. Private Mediation | 10 | 12/18/2026 | **12/18/2026** | ☒ 1. Mag. J. ☐ 2. Panel 3. Private |
| **Trial Filings (first round)** • Motions in Limine • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)* • Declarations containing Direct Testimony *(court trial only)* | 3 | 03/29/2027 | **03/29/2027** | |
| **Trial Filings (second round)** • Oppositions to Motions In Limine • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] • Joint/Agreed Proposed Jury Instructions *(jury trial only)* • Disputed Proposed Jury Instructions *(jury trial only)* • Joint Proposed Verdict Forms *(jury trial only)* • Joint Proposed Statement of the Case *(jury trial only)* • Proposed Additional Voir Dire Questions, if any *(jury trial only)* • Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 04/05/2027 | **04/05/2027** | |

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.** *Patent and ERISA cases in particular may need to vary from the above.*

[2] **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**